# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TRAVIS DWAYNE REMBERT**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21-00078-KD-N |
| | ) |
| **PROGRESSIVE DIRECT** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 9) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated April 21, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this case is **REMANDED** *sua sponte* to the Circuit Court of Marengo County, Alabama, under 28 U.S.C. § 1447(c) for lack of subject-matter jurisdiction.

**DONE** and **ORDERED** this the 11th day of May 2021.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**